| 27453 | Western Financial Bank, F.S.B. v. Raras | Affirmed in Part, Vacated in Part, and Remanded |